FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2010 FEB 10 ᴄ 3: 41

UNITED STATES OF AMERICA

JUDGMENT IN A CRIMINAL CASE

(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:07-cr-255-J-33HTS
USM NUMBER: 32074-018

V.

GENARO HERNANDEZ-PEREZ

Defendant's Attorney: Charlie Lee Adams, Esquire (cja)

**THE DEFENDANT:**

_X_ admitted guilt to violation of charge numbers __One through Three__ of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, illegal re-entry of a deported alien | September 2008 |
| Two | New criminal conduct, illegal re-entry of a deported alien | July 2009 |
| Three | New conviction for conduct, battery on a Law Enforcement Officer | July 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 8, 2010

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE
DATE: February ___, 2010

Defendant: GENARO HERNANDEZ-PEREZ  Judgment - Page 2 of 2
Case No.: 3:07-cr-255-J-33HTS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOUR (4) MONTHS, to run concurrently with the sentence imposed in Case No. 3:09-cr-335-J-34JRK, United States District Court, Middle District of Florida.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

\_\_\_\_ at _____ a.m.   p.m.   on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_\_ before 2 p.m. on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL